```
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| ARLINE TALIAFERRO,<br><br>        Plaintiff,<br><br>    v.<br><br>TRUMP ENTERTAINMENT RESORTS,<br>INC., d/b/a Trump Plaza Hotel &<br>Casino, et al.,<br><br>        Defendants. | HON. JEROME B. SIMANDLE<br><br>Civil No. 12-3883 (JBS/AMD)<br><br>**ORDER** |

This matter having come before the Court upon the cross-motions for summary judgment on Count I of the Amended Complaint (New Jersey Law Against Discrimination claim) [Docket Items 65 & 91] and Defendants' motion for summary judgment on Count II (COBRA notice claim) [Docket Item 121]; the Court having considered the submissions of the parties and having heard oral argument; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this **11th** day of **December**, 2013 hereby

ORDERED that Plaintiff's motion for partial summary judgment [Docket Item 65] is DENIED; and it is further

ORDERED that Defendants' cross-motion for partial summary judgment [Docket Item 91] is GRANTED; judgment is entered for Defendants on the Law Against Discrimination claim; and it is further

ORDERED that Defendants' motion for partial summary judgment

[Docket Item 121] is GRANTED; judgment is entered for Defendants on the COBRA notice claim; and it is further

ORDERED that the Clerk shall close this matter on the Docket. No costs.

s/ Jerome B. Simandle
JEROME B. SIMANDLE
Chief U.S. District Judge

2